# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

**RECEIVED**

**APR 16 2026**

**US DISTRICT COURT
MID DIST TENN**

Tosha L. Grooms

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names )*

-v-

UAW et all

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )

Case No. 3:26 cv-0474
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed

| | |
|---|---|
| Name | Tosha L Grooms |
| Street Address | P.O. Box 494 |
| City and County | Smyrna, |
| State and Zip Code | Tennessee 37167 |
| Telephone Number | 937 732-0726 |
| E-mail Address | groomstosha@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name                      Barry Campbell

    Job or Title *(if known)*    International UAW rep

    Street Address          8000 E. Jefferson Ave

    City and County        Detroit

    State and Zip Code    Michigan 48214

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name                      Chuck Davenport

    Job or Title *(if known)*    UAW REP

    Street Address          8000 E. Jefferson AVE

    City and County        Detroit

    State and Zip Code    Michigan 48214

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name                      Mike Plater

    Job or Title *(if known)*    UAW REP

    Street Address          8000 E. Jefferson Ave

    City and County        Detroit

    State and Zip Code    Michigan 48214

    Telephone Number

    E-mail Address *(if known)*

Defendant No 4

    Name                      Derek Lewis

    Job or Title *(if known)*    Local Saturn Parkway Committee man

    Street Address          100 Saturn Parkway

    City and County        Spring Hill

    State and Zip Code    Tennessee 37174

    Telephone Number

    E-mail Address *(if known)*

Defendant No. X ⑤

Name — Kathleen LNU

Job or Title *(if known)* — GM employee Benefits

Street Address — 1240 Woodward Ave

City and County — Detroit

State and Zip Code — MI 48226

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name — General Motors

Job or Title *(if known)*

Street Address — 1240 Woodward Ave

City and County — Detroit

State and Zip Code — MI 48214

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name _General Motors_
Street Address _100 Saturn Parkway_
City and County _Spring Hill_
State and Zip Code _Tennessee 37174_
Telephone Number _~~834~~ (931) 486-5440_

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S C §§ 2000e to 2000e-17 (race, color, gender, religion, national origin)

*(Note In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U S C §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission )*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note· In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*·
_punitive damages, fraud_

☐ Relevant state law *(specify, if known)*:
_____

☐ Relevant city or county law *(specify, if known)*:
_____

## III. Statement of Claim

Write a short and plain statement of the claim   Do not make legal arguments   State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought   State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph   Attach additional pages if needed

A   The discriminatory conduct of which I complain in this action includes *(check all that apply)*.

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me
- ☐ Failure to accommodate my disability
- ☑ Unequal terms and conditions of my employment.
- ☐ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note· Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

**March 24, 2024 & April 16, 2024**

C.   I believe that defendant(s) *(check one)*.

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☑ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*
  _____

E.   The facts of my case are as follows   Attach additional pages if needed

*(Note As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B.  The Equal Employment Opportunity Commission *(check one)*·

☐ has not issued a Notice of Right to Sue letter

☑ issued a Notice of Right to Sue letter, which I received on *(date)* _____ .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint )*

C  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*.

☐ 60 days or more have elapsed.

☑ less than 60 days have elapsed

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments  Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I attempted to sit down and meet with Barry Campbell to go over the contract paragraphs. All my attempts were ignored. Phone calls as well. Everytime I spoke with Barry about my case, which was only a few times. HE acted as if that was always the first time we spoke.

the contract agreement states, Being that he was one of the individuals on the Negotiations Board to adopt the contract. When Barry finally responded to my Numerous calls, He told me what the new benefits of our 2024 contract were as if to say Be grateful for what I'm getting But Not Literally. Myke Plater was on the committee as well.

VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11

A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case

Date of signing: 4-16-26

Signature of Plaintiff

Printed Name of Plaintiff    Tushe L Grooms

B.    For Attorneys

Date of signing: _____

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Hired 8/9/1999 at Delphi-Needmore Rd Dayton, Ohio. Upon Closing negotiations in 2007, a flow-back agreement was created.

Transferred from West Chester Ohio to Spring Hill Tennessee 12/6/2016 under a New agreement "In Progression" with plant company date changing to 11/28/2018 being the same date of the 2015 National Contract ratification will all benefits and wages remaining the same traditional wages as agreed.

In 2020 my records were changed due to Lack of wage and benefit increase being honored. resulting in breach of the 2015 National Contract.

All provisions in regards to my Benefits and wages in the 2015 and 2019 agreement are being breached.

The only provision that is being upheld in the agreement is the loss of my 16 year plant company time. being 11-23-2015 instead of 8-9-1999

Only one sit down meeting occured sometime between October 2019 - June 2020 with Chuck Davenport (UAW reg rep) and Derek Lewis (committeeman) The meeting was Not announced formally and I wasn't prepared. Chuck rushed the meeting, Not discussing even a quarter fraction of the agreement. I didn't get past the first two paragraphs. While I was reading, chuck and Derek kept interrupting enforcing a strong flip side to the paragrahs to make it appear the debate was in question. Chuck abruptly ended the meeting with a rundown of a benefit for me that was charted from somewhere and does not line up with the ageement contract

The second UAW rep I spoke with was Mike Plater via phone conversations Mike heard my case. Returned with information that was again, scripted When I asked him about the contract provisions. He stated, only the provision that I was able to transfer

first according to my corporate senority applies. That couldn't possibly be true, that is one single provision The contract say provisions, that is plural.

I believe that Kathleen is responsible for my records/benefit code being changed and pension being cancelled because she was the Benefit rep handling my case.

I believe that Barry Campbell is responsible for lack of representation and defense when he must clearly know what the contract states when he was on the 2015 negociation committee. I believe he intentionally avoided me in effort to dodge the terms/provisions of the contract. After I filed a formal complaint. The only feedback I recieved was my records were to remain which is based on and expired MOU from 2007, as opposed to the 2015 agreement & MOU's. And that I should have transferred somewhere else first, which is an opinion Because thats not what the contract in 2015 says.